**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet



F I L E D
JUN - 4 2008
Jun 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JESSE WEBB | **Defendant(s):** | RODGER E. WALKER, JR., et al. |
| **County of Residence:** | LOGN | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Jesse Webb
A-83215
Logan - LGN
R.R. 3, Box 1000
Lincoln, IL 62656

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL  60602

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV3233
JUDGE CONLON
MAG. JUDGE COX**

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham    **Date:** 06/04/2008