UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s): Jesse Webb

v.

Defendant(s): Rodger Walker Jr, Jennifer Melvin, N. Robinson

**FILED** JUN - 4 2008  Jun 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3233
JUDGE CONLON
MAG. JUDGE COX

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Jesse Webb, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: Jesse Webb
Date: 05-22-08

Street Address: 2910 W. Harrison Apt #203
City, State, ZIP: Chicago, Illinois 60612

THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

Suite 2300
180 North Michigan Avenue
Chicago, Illinois 60601-1287
(312) 201-9740
Fax (312) 258-30
www.aclu-



February 29, 2008

Mr. Jesse Webb
A83215
Logan Correctional Center
P.O. Box 1000
Lincoln, IL 62656

Dear Mr. Webb:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the <u>government</u> has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we cannot help you with your situation.

Sincerely,


Intake Department



Law Office of the
**COOK COUNTY PUBLIC DEFENDER**
69 W. WASHINGTON • 15TH FLOOR • CHICAGO, IL 60602 • (312)603-0600 • (312)603-9860 fax

Edwin A. Burnette • Public Defender

April 23, 2008

Mr. Jesse Webb
Reg. No. A-83215
Logan Correctional Center
PO Box 1000
Lincoln, Illinois 62656

Re: MSR and electronic monitoring

Dear Mr. Webb:

I received your letter, dated April 10, 2008. In it you requested assistance in regards to issues related to your MSR. You questioned why you were not released under supervision on November 26, 2007. You also asked why you are serving an MSR term of two years instead of one.

From the documents you enclosed along with your letter, I have gathered that you were not released on MSR because you had no address or home where you could live after being released, so that IDOC could verify your whereabouts through electronic monitoring. While you may have a potential grievance with the Department of Corrections, there is unfortunately nothing the Public Defender's Office can do to assist you with the matter. The issue is a civil matter and the Public Defender deals with criminal cases assigned to us by the Court. In regard to the length of your MSR, I hope you understand that MSR terms are served in full and a one-year term starting on November 26, 2007, would be completed November 26, 2008. Best of luck if you choose to pursue this matter further.

Sincerely,

Lester Finkle
Acting Chief, Legal Resources Division