

FILED
JUNE 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN - 4 2008
JUN 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jesse Webb

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rodger E. Walker Jr

Jennifer Melvin

N. Robinson

_____

Case No: 08CV3233
JUDGE CONLON
MAG. JUDGE COX
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Jesse Webb

B. List all aliases: _____

C. Prisoner identification number: A83215

D. Place of present confinement: Logan Correction Center

E. Address: P.O. Box 1000 Lincoln, Illinois 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Rodger E. Walker Jr. sued individually, and in offical capacity.

Title: Director of the Illinois Department of Corrections

Place of Employment: 1301 Concordia Court Springfield, IL 62794

B. Defendant: Jennifer Melvin sued individually and in offical capacity.

Title: Correctional Counselor II/Field Service Rep.

Place of Employment: Pontiac Corr. Ctr. P.O. Box 99 Pontiac, IL 61764

C. Defendant: N. Robinson sued individually and in offical capacity

Title: Parole Agents Supervisor

Place of Employment: 1010 S. Dixie Highway Chicago Hights, IL, 60411

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____ NONE _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 26th 2007, Jennifer Melvin who is the Field Service Representative at the Pontiac Correctional Center. It is her responsibility to assist offenders who are being released on mandatory supervised released, with their reentry into the community. By providing transitional housing. I, have a hostsite, so I, didn't need her assitance, so on or around September 10th 2007 I, sent my release plans to the Field Services office, so there wouldn't be any problem with my mandatory supervised release. But there was a problem. At all times under color law Jennifeer with-held my release plans up to my scheduled release date on November 26th 2007 knowing fully that I, wouldn't have enough time to do anything about the situation, and she also knew that I, was about to be victemized by an unwritten policy of holding inmates past their mandatory release date for know legal reason. I, didn't brake any rules not any laws, state or federal. So I, should have been released on November 26th 2007, after I, served my sentence.

4

Revised 9/2007

I, was sentence to 18 months, after recieving 92 days jail credit, 90 days meritorious good time, and 26 days of supplemental meritorious good time, my release date was changed from March 22 2008 to November 26th 2007 I, should have been release when I, served 61 days but as you can tell, that did not happen.

And also Agent N. Robinson #C53 Filed a baseless violation and notice of charges report. At all times under color of law. N. Robinson #C53 willfully and knowingly filed the false report, knowing that it would lead to a violation of my Mandatory Supervised Release and that's exactly what happen, I, was violated on March 18 2008 because of that report.

I've filed grievances with the administrative review board, with the prisoner review board, and the director of the Illinois Department of Corrections and all I, recieved from them is indifference that's why i'm taking this action.

This action also includes Rodger E. Walker Jr. He is the director of I.D.O.C and at all times under color law he could stop this practice of filing groundless report to prevent inmates from getting a release that's guaranteed by Illinois state law

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, Respectfully pray, That This court enters Judgement granting me a declaration, That the acts and omissions described herein violated my rights under the consitution and Law of The united states. And That This court grant me $250,000 in punitive, And $250,000 compensatory damages from each defendent, and any additional Relief This court deems just, proper, and equitable

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __27__ day of __May__, 20__08__

__(signature) Jesse Webb__
(Signature of plaintiff or plaintiffs)

__Jesse Webb__
(Print name)

__A83215__
(I.D. Number)

__Box 1000 Lincoln, IL. 62656__
(Address)



**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Parole Violation Report

**Section A: Violation Details**

Offender: Jesse Webb  Alias: ___  ID#: A83215

Parent Facility: PONTIAC C.C.  Date of Birth: 06/24/1959

Program released to: Parole  Level of Supervision: ___

Gender: ☒ Male ☐ Female   Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other ___

FBI#: 133461R4  I.R.#: 480584  CCJ#: ___

Release Date: 11/26/2007  Sentence Exp. Date: 11/26/2009  Violation Date: 11/26/2007

Custody Facility: PONTIAC C.C.  Custody Date: 11/26/2007

Offense(s): FTC-Rule #16 Failure to provide a host site for ED.

IDOC Warrant #: QA0711541  Date Warrant Issued: 11/26/2007

Parolee JESSE WEBB is currently on parole for the following offenses (list all MITTIMUS offenses) FAILURE TO REPORT ANNUALLY/2 and was incarcerated from 08/22/2007 to 11/26/2007. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s), arrest date and arresting agency; criminal charges; and custody/court/bond information): Offender is in violation of the rule #16 in that he is mandated by the Prisoner Review Board to be supervised on Electronic Monitoring. This agency attempted to place the offender at (ALL) places with family and /or friends in the community and no suitable host site was found to supervise the offender on Elelctronic Monitoring. This agency attempted to place the offender at (ALL) places that the Illinois Department of Corections would pay for and the paid placements for any number of reasons could not accept the offender. The offender is unable to fulfill the mandate by Electronic Monitoring place by the Prisoner Review Board.

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information): N/A

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No ☐ Yes   Offender has been an absconder since (support in your narrative): ___

Did the offender make any contacts to AMS while an absconder? ☒ No ☐ Yes   If yes, dates of contacts: ___

**Community Adjustment**

Answer the following questions or provide the required information for all parolees:

Prior parole terms/dates: ___

Offender currently resides with: (include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.)

Where was the offender's approved host site? N/A  Can the offender return to this host site? ☐ No ☐ Yes

If not state why and also what other host site options does the offender have?

Offender was employed at time of arrest/alleged violation with: N/A  for ___ week(s)  ___ month(s)  ___ year(s)

Did the offender attend school at time of arrest/alleged violation? ☒ No ☐ Yes  If yes, level of education: ___

Special conditions for substance abuse and/or mental health and/or other programming by PRB or MSR Rule 15 (List each special condition, MSR Rule 15, referrals provided and date, and follow-up by agent. Specify the name and type of treatment program, where it was provided, if they had been attending regularly and if there were any progress reports - attach reports)

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available):

Does parolee have:

Distribution: Offender Releasing Authority: Offender's Case File; Parent Field Services Representative: AMS; Hearing Officer, if FOS, Interstate Compact.   Page 1   Printed on Recycled Paper   DOC 0071 (Rev 12/2006)

I310
0312

11/28

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Jesse Webb _____    A83215 _____
           Offender's Name                                        ID#

### Section B: Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

- ☐ 1. Violation of any criminal statute.
- ☐ 2. Possession of a firearm or other dangerous weapon.
- ☐ 3. Failure to report to your agent.
- ☐ 4. Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.
- ☐ 5. Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.
- ☐ 6. Failure to secure permission before visiting or writing a committed person in a Department facility.
- ☐ 7. Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.
- ☐ 8. Failure to obtain permission of your agent before leaving the State of Illinois.
- ☐ 9. Failure to obtain permission of your agent before changing your residence or employment.
- ☐ 10. Failure to consent to search of your person, property, or residence under your control.
- ☐ 11. Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.
- ☐ 12. Frequenting places where controlled substances are illegally sold, used, distributed, or administered.
- ☐ 13. Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.
- ☐ 14. Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.
- ☐ 15. Failure to follow any specific instructions provided by your agent, specifically: _____
- ☒ 16. Failure to comply with the following additional conditions of release: **Electronic Monitoring**

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above. You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing. You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses. If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _____, 20___ at _____ ☐ a.m. ☐ p.m.

at _____

Note: If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

☐ A. **Postpone:** I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an
   Initials       attorney, witnesses, or documents. I understand that it is my responsibility to present these individuals or materials at my hearing on:
                  _____, 20___ at _____ ☐ a.m. ☐ p.m.

☒ B. **Waive (Illinois Offenders Only):** I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation
   Initials       hearing before the Prisoner Review Board or Parole Board. This waiver does not indicate any admission of guilt to the above violations.

☐ C. **Waive (Adult Interstate Compact Only):** I admit guilt and waive my preliminary hearing.
   Initials

I have received a copy of this Notice of Charges:

X _____                                     on ____/____/____
         Offender's Signature                                                          Date

A copy of this notice was delivered to the alleged violator by:

L Williams _____                                              C/O _____
Print Name                                                                        Title

/s/ _____                                                   on  11/30/07
Signature                                                                         Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| State ID | ☐ Yes | ☐ No | ☒ Unknown | Driver's License | ☐ Yes | ☐ No | ☒ Unknown |
| Birth Certificate | ☐ Yes | ☐ No | ☒ Unknown | Social Security Card | ☐ Yes | ☐ No | ☒ Unknown |

If parolee does not have a valid State ID or Driver's License, list the referral dates for identification assistance:

Offender attending or enrolled in sex offender treatment with (provider):    at    (address):    for (length of time and progress - attach progress notes):

Is this current arrest or alleged violation a sex related offense? ☐ No ☐ Yes    Relationship to victim:

List the offender's overall successes that will assist in providing support upon re-entry to the community:
- ☐ Supportive Immediate Family System
- ☐ Supportive Friends/Extended Relatives System
- ☐ Supportive Community Resources (List):
- ☐ Employable Skills (List):
- ☐ Unknown

**Agent's Narrative for Community Adjustment and Complete Case Management Background** (mandatory for all cases, including new arrests and cases of mandatory warrant issuance):

**Agent's Institutional and Release Recommendation:**

Is diversion recommended for this parolee? ☐ No ☐ Yes    Support your recommendation using the three (3) diversion criteria:

Recommended changes to current PRB orders and justification:

Recommended time to be served and justification:

Other recommendations and justification:

Attachments: ☐ Sanction Form    ☐ Police Report    ☐ Other (specify):

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| N/A | | | 11/26/2007 |
|---|---|---|---|
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

Supervisor Comments (if any - supervisor must specifically review the diversion review recommendation and concur/non-concur): **NO FAMILY OR FRIENDS TO LIVE NOR ANY VENDOR PLACEMENTS IN LAKE, WILL, NOR COOK COUNTIES.**

| N. Robinson | C53 | *n. Robinson* | 11/26/2007 |
|---|---|---|---|
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

Section B: Notice of Charges must be completed at the same time this section is completed

STATE OF ILLINOIS
ROD R. BLAGOJEVICH, GOVERNOR

# PRISONER REVIEW BOARD

Jorge Montes, Chairman

April 24, 2008

Logan Correctional Center
Jesse Webb (A83215)
PO Box 1000
Lincoln, IL 62656

Dear Mr. Webb:

    Your MSR term starts on the date of release (physical custody). Inmate Issues/ARB can revoke time if it is 1 month and under. Regarding your GCC - the information used is the report and your testimony. Regarding your violation - the only way you can get a rehearing for a violation is if you come up with new information pertaining to the notice of charges used. If you have any other questions please feel free to contact me.

Sincerely,

Angie Asbrock
Institution Liaison

State of Illinois
## PRISONER REVIEW BOARD ORDER

Date: 3-18-08

Name: Jesse Webb
Number: A83215
Facility: LOG
Docket No.: UC

To the Warden –
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

**X PAROLE/MANDATORY SUPERVISED RELEASE REVOCATION**   ☐ PAROLE CONSIDERATION

☐ Found not to be a violator
☒ Declared a violator as of 11-26-07 on _____
  ☐ Statutory Parole
  X Mandatory Supervised Release
  ☐ Parole
☒ Parole or release revoked
☐ Continued to _____
☐ Parole or release continued
  ☐ Effective _____
  ☐ Effective when plans are approved
  ☐ Subject to Condition(s) listed below
☐ Hearing continued to _____
  ☐ For further information
  ☐ For Court Disposition
  ☐ At inmate's request
  ☐ For Violation Report

Violator Rationale
The inmate named has violated parole or Mandatory Supervised Release because the inmate:
☐ Committed the criminal offense of _____
☒ Violated condition(s) 16 _____
of the Parole or Release Agreement.
☐ Violated condition(s) _____
of your Special Order.
☐ Absconded.
☐ Failed to report or falsified report(s).

Evidence Relied Upon
  ☒ Counselor's Report
  ☐ Police Report
  ☐ Witnesses testimony
  ☒ Own Admission

☐ Parole granted effective when
  ☐ Parole plans are approved
  ☐ Minimum is served
  ☐ Eligible
☐ Subject to regular conditions and
  ☐ Subject to condition(s) listed below
☐ Parole denied, continued to _____
☐ Hearing continued to _____
  ☐ Psychiatric Report requested
  ☐ For verification of parole plans
  ☐ At inmate's request
☐ Release date offer attached to and made a part of this order.
☐ See Rationale attached to and made a part of this Order

Order of _____
  ☐ Amended
  ☐ Stayed
  ☐ Vacated

The Board finds that this evidence is sufficient because:
Technical Violation
Inmate does not have an approved host site.
Inmate request to be declared a parole violator

Jesse Webb

SPECIAL ORDER:
YOU ARE OBLIGATED TO THE GENERAL RULES GOVERNING PAROLEES OR MANDATORY SUPERVISED RELEASEES AND THE FOLLOWING SPECIAL ORDER(S):

☐ Substance Abuse Counseling (CD)         ☐ Anger Management Counseling (CG)
☐ Outpatient Mental Health Counseling (CP)   ☐ Sex Offender Counseling (CX)
☐ Electronic Monitoring (CE) for a period of _____
☐ No Victim Contact (CT) _____
☐ Be released to the warrant or detainer against you. If the charge or charges on which the warrant or detainer is based are dismissed you shall be returned to an institution of the Department of Corrections for further consideration by the Board. (CW)
☐ Other: (CO) _____

PRISONER REVIEW BOARD:

E. Brett

②

T02-01

DC 1321

## SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME  Jesse Webb     NUMBER A83215     DATE 9-26-07

**(STEP 1) (A)**

Yr. Mo. Day

|   |   |   |
|---|---|---|
| − |   | (Rel. on Bond, Etc.) (Arrest Date) |
|   |   | (Jail Credits) |
| + | 1 | (Add 1 Day) |
|   |   | (Jail Credits) |

**STEP 1) (B)**

Yr. Mo. Day

|   |   |   |
|---|---|---|
| − |   | (Rel. on Bond, Etc.) (Arrest Date) |
|   |   | (Jail Credits) |
| + | 1 | (Add 1 Day) |
|   |   | (Jail Credits) |

**(STEP 1) (C)**

Yr. Mo. Day

|   |   |   |
|---|---|---|
| − |   | (Rel. on Bond, Etc.) (Arrest Date) |
|   |   | (Jail Credits) |
| + | 1 | (Add 1 Day) |
|   |   | (Jail Credits) |

**(STEP 1) (D)**

Yr. Mo. Day

|   |   |   |
|---|---|---|
| − |   | (Rel. on Bond, Etc.) (Arrest Date) |
|   |   | (Jail Credits) |
| + | 1 | (Add 1 Day) |
|   |   | (Jail Credits) |

**(STEP 2)**

Yr. Mo. Day       1 y 6 m

|   |   |   |
|---|---|---|
| + |   | (Jail Credits-A) |
| + |   | (Jail Credits-B) |
| + |   | (Jail Credits-C) |
| + |   | (Jail Credits-D) |
|   |   | (Total Jail Credits) |

**(STEP 3)**

Yr. Mo. Day

```
  07  9  24      92 d   (Old Custody/Sentence Date)
−      3   2            (Total Jail Credits)
  07  6  22             (New Custody Date)
```
07CR16556 01

**(STEP 4)** MITTIMUS NO. _____

PROJECTED OUT DATE

Yr. Mo. Day

```
  07  6  22     (New Custody Date)
+      9        (Sentence Less GCC)
  09  3  22     (Projected Out Date)
                (Previous Time Lost/Awarded)
+ or −          (Adj. Proj. Out Date)
```

**(STEP 5)**

MANDATORY OUT DATE

Yr. Mo. Day

```
  07  6  22     (New Custody Date)
+  1  6         (Sentence)
  08 12  22     (Mandatory OutDate)
```

Adj. Proj. Out Date  3-22-08
Mandatory Out Date  12-22-08
Calculated By _____

Terminal Operator _____
Date Entered _____

DC 1321 (Rev 10/96)
IL 426-00521

01.07.429A-J

## SENTENCE CALCULATION WORK SHEET  D 117

**MERITORIOUS GOOD TIME WHEN SENTENCE IS DETERMINATE UNDER 1978 LAW**

NAME _Jesse Webb_    NUMBER _A83215_    DATE _10/3/07_

**(STEP 1)**

Yr.  Mo.  Day

90 mgt / 36 tmgt

_1/6_ (Meritorious Good Time Awarded By The Director On _10/29/07_)

**(STEP 2)** (MITTIMUS NUMBER _07CR16556_)01

PROJECTED OUT DATE

```
 Yr.  Mo.  Day
 07    6   22  (Custody Date)
+      9       (Sentence Less G.C.C.)
 08    3   22  (Projected Out Date or
               PRB Projected Out Date)
+or-           (Previous Time - Lost/Awarded)
 08    3   22  (Projected Out Date)
-      3   26  (Meritorious Good Time)
 07   11   26  (Adjusted Projected Out Date)
```

**(STEP 3)**

MANDATORY OUT DATE

Yr.  Mo.  Day

(Custody Date)
+         (Sentence)
          (Mandatory Out Date or
          PRB Mandatory Out Date)

**(NOTATION)**

Yr.  Mo.  Day

(Recustody Date)
- (Bond, Escape, Etc.)
  (Time Lost)

Adj. Proj. Out Date _11-26-07_    Terminal Operator _____
Mandatory Out Date _____        Date Entered _____
Calculated By _____

DC 1:129

3-5-10

01.07.424A-J

## SENTENCE CALCULATION WORK SHEET

### MANDATORY SUPERVISED RELEASE VIOLATORS SENTENCED UNDER 1978 LAW

NAME Webb, Jesse   NUMBER A 83215   DATE 3/18/08

(STEP 1) (A)

```
Yr. Mo. Day    viol at gate
07- 11- 26     (Recustody/New
                Sentence Date)
-07  11  26    (Date D.A.V.)
   Ⓞ           (Time Lost - MSR Viol.)
```

(STEP 1) (B)

```
Yr. Mo. Day
               (Recustody/New
               Sentence Date)
-              (Date D.A.V.)
               (Time Lost - MSR Viol.)
```

(STEP 2)

```
Yr. Mo. Day
               (Time Lost-1st Viol.-A)
+              (Time Lost-2nd Viol.-B)
               (Total Time Lost)
```

(STEP 3) (MITTIMUS NO. _____ )

PROJECTED OUT DATE

```
Yr. Mo. Day
07  6  22      (Custody Date)
+      9       (Sentence Less
               Good Conduct Credits)
08- 3- 22      (Proj. Out Date)
+or-           (Previous Time -
    3   26     Lost/Awarded)
07- 11-  26    (Proj. Out Date)
+   2          (MSR Term)
09- 11- 26     (Maximum)
+    —         (Time Lost - MSR Viol.)
09  11  26     (Discharge Date)
```

1)

(STEP 4)

```
Yr. Mo. Day
09- 11  26     (Discharge Date)
               (Recustody/New
-  07  11  26  Sentence Date)
    2- 0- 0    (Time to Serve)
2) -½ 1- 0- 0  (Good Conduct Credits)
    1- 0  0    (Time Left to Serve)
```

(STEP 5)

```
Yr. Mo. Day
07  11  26     (Recustody/New
               Sentence Date)
3) + 1         (Time Left to Serve)
08  11  26     (Proj. Discharge Date)
```

(STEP 6)

```
Yr. Mo. Day
               (Release Date)
               (Recustody/New
-              Sentence Date)
               (Good Conduct Credits)
```

(STEP 7)

```
Yr. Mo. Day
               (Discharge Date as
               in Step 3)
-              (Good Conduct Credits)
               (Proj. Discharge Date)
```

Projected Discharge Date  11·26·08   Terminal Operator _____
Calculated By _____  qb          Date Entered _____

DC 1224
R 426-0524

To: __Webb__         # __A83215__ Cell __D117__

Date: __10/30/07__

From: Counselor _____

On the above date, I reviewed / submitted you for the following: Med. Sec. ____; MSU ____;

MGT __,__; Rest.-Grade ____; Rest.-GCC ____; Job Assn.(s) _____;

Grade Schedule - C __/__/__; B __/__/__; A __/__/__; Out Date __/__/__;

Transfer to _____; Transfer status _____; School Ref. _____;

Correspondence Req. _____; Other _____

Records reflect that you were submitted for an award of 90 days MGT / 26 days SMGT to release you on your C/ost day in the DOC (11/26/07).

**********PLEASE KEEP THIS MEMO FOR YOUR RECORDS**********

DCA 32194   IL 426-17782   P-912C   (Eff. 8/92)





should contact these individuals.

CLINICAL SERVICES

Each offender will be assigned a counselor who will be responsible for all casework procedures. This includes individual counseling, pre-parole evaluations, parole progress reports, adult transition center reports, transfers to other institutions, and assistance with furlough requests. The counselor also assists with any questions or personal problems you may experience. Any requests for changes in program or work assignment, applications for furloughs, adult transition center, or institutional transfers shall be discussed with your counselor. Group and individual counseling is arranged through your counselor as well as specialized services such as Substance Abuse, Family Institutional Adjustment, and other forms of group and individualized counseling, (see also "Counseling") in the Table of Contents.

FURLOUGHS

Your Counselor arranges critical illness and Funeral furloughs if the following conditions are met:

*you must be in A or B grade
*the deceased or critically ill person must be an immediate family member (father, mother, brother, sister, legal spouse, legal child, step child, step parent)
*the patient must be verified by a physician as being "critically ill"
*the funeral home must be able to set up a private visitation, with no family members present, not to exceed 30 minutes in length
*all arrangements must be within the State of Illinois
*the offender must be willing to bear the expense of staffing and transportation. The money must be available before approval

Offenders may have only one furlough per family member. If the offender chooses a furlough to visit a relative who is critically ill, he will not be allowed a funeral furlough. In addition, all offenders are advised that they will be escorted by uniformed officers and will be in restraints throughout the duration of the furlough.

CASE MANAGEMENT/COUNSELING

Counseling refers to the planned use of interpersonal relationships to promote social adjustment, positive behavior change and emotional growth.

All counselors will provide counseling to offenders upon request or as needs arise within the limitations of staff availability and expertise. According to Logan Correctional Center's Institutional Policy, Correctional Counselors have sufficient training and experience to provide guidance that is responsive to the particular needs of offenders.

Each offender will be assigned a counselor who will be responsible for all casework procedures. This includes individual counseling, pre-parole evaluations, adult transition center and assistance with furlough requests.

GROUP COUNSELING PROGRAMS

Group Counseling includes the following: Anger Management/Domestic Violence, Alcoholics Anonymous/Narcotics Anonymous, Parenting and Design for Living. If you would like to participate in any of these programs contact your counselor for additional requirements and information on where to send a request slip.

SUBSTANCE ABUSE COUNSELING

Contact your counselor regarding Substance Abuse. Participation requires that individuals are willing to admit that they have a substance abuse issue and are motivated to change.

FIELD SERVICES

The Field Services Office is the liaison between offenders and the Prisoner Review Board (PRB), Parole Counselors in the field, and Electronic Detention (ED) along with staff throughout the state, and halfway houses and other service agencies set up for the purpose of assisting offenders who are released or about to be released. Once you have one year or less until parole the Field Services Office will be working closely with you.

OFFENDER SEXUAL ASSAULT

It is the policy of the Illinois Department of Corrections and Logan Correctional Center to provide a safe and secure environment for all offenders and to maintain a program for the prevention of sexual assaults. Prompt staff intervention shall be provided in the event of a suspected or actual offender sexual assault. Staff and offenders shall report such incident immediately to appropriate staff. Appropriate staff for offenders would be any staff member available and appropriate staff member for the staff reporting the incident would be the Shift Commander on duty. Offenders need not name their attacker to receive medical and mental health services. Any offender who alleges to be a victim of sexual assault shall promptly be offered protection from the alleged assailant and referred to health services for examination, evaluated by mental health services to assess the need for counseling services and offered counseling and supportive services as needed. The incident shall be investigated promptly.

Definition of Sexual Assault - any unwilling contact between the sex organ of one offender and sex organ, mouth, or anus of another offender or any intrusion of any part of the body of one offender or object into the sex organ or anus of another offender by use of force or threat of force, including pressure, threats, or any other actions or communications by one or more offenders to force another offender to engage in a partial or complete sexual act.

Jesse Webb  05-27-08

EDUCATION

At Logan, you have the opportunity to learn a new skill and receive aid in obtaining a job upon your release. You can get that high school diploma and open new doors for advancement in your career or even work toward and earn a college degree. The choice is yours!

During the orientation procedure, a College Representative will speak to you, informing you of the Adult Basic Education (ABE), G.E.D., college, academic and vocational programs. If you decide to go to school, simply send an Offender Request Slip to the Educational Facility Administrator, or the Richland Community College Advisor. You will be made aware of any new programs in education by notices either sent directly to you or posted in your housing unit.

Programs are offered by the Office of Adult Education and Vocational Services and its contractual agent, Richland Community College, at the Logan Correctional Center. Listed below are some of the opportunities available. If you are interested in school or a particular program, even if it is not listed here specifically, contact either the Education Facility Administrator in the Program Center or the College office located in the Vocational School. Students eligible may earn Educational Good Conduct Credit (EGCC). Class rules will be issued on the day of enrollment.

Students requesting educational placement must request which program they are interested in. They will be placed on the wait list in priority order:
   a) All 1st time offenders and based on the date added to the list.
   b) All offenders with two or more incarcerations and based on the date added to the list.

Students who drop programs or who are removed for administrative or disciplinary reasons will not be permitted to re-enroll in another school assignment for a minimum of forty-five (45) days unless approved by the Warden.

Students having a full-time school assignment may not be on the waitlist for another full-time school assignment.

An offender who has completed two post-secondary certificate or degree programs may not be enrolled in a third unless approved by the Warden and the Illinois Department of Corrections Office of Adult Education and Vocational Services Superintendent.

PRE-G.E.D.

To enter this program, the student must achieve at or above the 6th grade level on an achievement test. The program is designed to raise skill levels of offenders in areas of reading, language arts, math, social studies, science, writing skills, and spelling so that the student can qualify to take the G.E.D. test.

ADULT BASIC EDUCATION

Offenders who enter the Department of Corrections after January 1, 1987, must have 90 school days of attendance in this program unless they score at or above the 6th grade level on an achievement test. Areas of adult basic education taught include science, social studies, language arts, writing skills, spelling, mathematics, life skills, and reading.

G.E.D.

This program is offered to qualified students who do not have a high school diploma or GED. The program is a school program designed to bring skills up to the level needed to pass the G.E.D. test. Areas of study include writing skills, reading comprehension, science, social studies, language arts, and mathematics. Requirements for entry include taking and passing achievement tests. Students may earn an extra 60 days off their sentence if eligible to receive EGCC.

NIGHT ABE & G.E.D.

There are full-time ABE & G.E.D. courses offered from 5:00PM - 7:00PM. EGCC is offered to eligible students as school is considered a full-time assignment. Apply for enrollment by sending a request slip to the Education Department in the Program Center.

ADULT EDUCATION INCENTIVE PLAN

PURPOSE:   The purpose of this plan is to reward offenders for educational achievement and to encourage school attendance and active participation. This plan shall be communicated to the population via the Orientation process and by Offender Bulletin Notice. The incentive variables may include but not be limited to:

A.   Offenders who complete the required period of attendance and obtain the required level of achievement (6.0 or better on the TABE test) shall be awarded a dictionary and certificate as well as being removed from the pay restriction category.

B.   The School District may issue certificates, when merited, for exceptional progress and/or perfect attendance. Offenders who achieve the required level of achievement (6.0 on the TABE) are honored at the G.E.D. mini graduation.

COOPERATIVE WORK TRAINING

The Cooperative Work Training Program (CWT) provides four hours per week of classroom instruction to offenders working certain assignments within the institution. Students are selected for participation in the program based on institutional work assignment, proximity to release, disciplinary record and