08 C 3233

ENClosed Are copies of my Reporting Instructions.
The clearly show that Jennifer melven, And N. Robinson
# C53 Had already made the decision To Revoke my m.s.R.
Before my Release date ARRIved (11-26-07) **FILED**

Jesse Webb A83215

JUL 1 5 2008

Jul 15, 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

p.s. I, didN't WANt To File A WRit of HabeAS Corpu-
s, At This Time Because I, Filed motions To correct
mittimus. I, HAvEN't HEARd From Them yet

IN THE

_United States Distric Court_

_Nothern Distric of Illinois_

_Jesse Webb (A83215)_ )
_____
Plaintiff )
)  Case No. _08-c-3233_
)
_Rodger E. Walker Jr._ )
_____
Defendant

---

## PROOF / CERTIFICATE OF SERVICE

TO: _Michael W. Dobbins_      TO: _____

_United States Distric Court_      _____

_219 south Dearborn Str_      _____

_Chicago, Illinois 60604_      _____

PLEASE TAKE NOTICE that on _July 2nd_____, 2_008_, I have placed the documents listed below in the institutional mail at _Logan Correctional Center_, properly addressed to the parties listed above for mailing through the United States Postal Service:

_(1) Consent To Exercise of Jurisdiction by U.S. Magistrate Judge._
_Three copies of Reporting Instructions, And a Letter ex-_
_plaining The Reporting Instructions._

Pursuant to _28 USC 1746, 18 USC 1621 or 735 ILCS 5/109_, I declare under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: _July 2nd 2008_      /s/ _Jesse Webb_
                           Name: _Jesse Webb_
                           IDOC No.: _A83215_
                           Logan Correctional Center
                           1096 1350th Street / PO Box 1000
                           Lincoln, Illinois 62656

Revised January 2002

ILLINOIS DEPARTMENT OF CORRECTIONS

REPORTING INSTRUCTIONS

WEBB, JESSE
(RELEASEE)

PONTIAC
(FACILITY)

A83215
(DOC INSTITUTION NUMBER)

11/26/2007
(RELEASE DATE)

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME:          PONTIAC CORR. CENTER          AGENCY/INSTITUTION
               700 LINCOLN

               PONTIAC          IL  61764
               815-842-2816

ASSIGNED PAROLE OFFICE:

               DISTRICT 1
               PLACEMENT UNIT

               TELEPHONE NUMBER:   800-666-6744

REPORTING INSTRUCTIONS:  UPON RELEASE, GO DIRECTLY TO THE ASSIGNED
RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY
CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744.
IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY
TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE,
DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT.
IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE
CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT
MAY BE ISSUED FOR YOUR ARREST.

ISP REGISTRY REQD:   SRG          04/09/2007   99/97/9999

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!                                                                              !
! SPECIAL REPORTING INSTRUCTIONS:_____      !
!     _____      !
!                                                                              !
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

_____          11/26/07
(FIELD SERVICES REPRESENTATIVE)          (DATE)

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

_____          11/26/07
(RELEASEE SIGNATURE)                     (DATE)

CC(3):   RELEASEE (ORIGINAL);   INSTITUTION;   PAROLE OFFICE

ILLINOIS DEPARTMENT OF CORRECTIONS

REPORTING INSTRUCTIONS

WEBB, JESSE
(RELEASEE)

PONTIAC
(FACILITY)

A83215
(DOC INSTITUTION NUMBER)

11/26/2007
(RELEASE DATE)

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME:          PONTIAC CORR. CENTER          AGENCY/INSTITUTION
               700 LINCOLN

               PONTIAC          IL   61764
               815-842-2816

ASSIGNED PAROLE OFFICE:

               DISTRICT 1
               PLACEMENT UNIT

               TELEPHONE NUMBER:   800-666-6744

REPORTING INSTRUCTIONS:  UPON RELEASE, GO DIRECTLY TO THE ASSIGNED
RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY
CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744.
IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY
TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE,
DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT.
IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE
CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT
MAY BE ISSUED FOR YOUR ARREST.

ISP REGISTRY REQD:   SRG          04/09/2007   99/97/9999

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!
! SPECIAL REPORTING INSTRUCTIONS: _____
!  _____
!
!
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

_____          11/26/07
   (FIELD SERVICES REPRESENTATIVE)          (DATE)

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

_____          11/26/07
   (RELEASEE SIGNATURE)                    (DATE)

CC(3):  RELEASEE (ORIGINAL);  INSTITUTION;  PAROLE OFFICE

ILLINOIS DEPARTMENT OF CORRECTIONS

REPORTING INSTRUCTIONS

_____WEBB, JESSE_____                          _____PONTIAC_____
(RELEASEE)                                         (FACILITY)

_____A83215_____                               _____11/26/2007_____
(DOC INSTITUTION NUMBER)                          (RELEASE DATE)


OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME:              PONTIAC CORR. CENTER        AGENCY/INSTITUTION
                   700 LINCOLN

                   PONTIAC          IL   61764
                   815-842-2816


ASSIGNED PAROLE OFFICE:

                   DISTRICT 1
                   PLACEMENT UNIT


                   TELEPHONE NUMBER:   800-666-6744

REPORTING INSTRUCTIONS:   UPON RELEASE, GO DIRECTLY TO THE ASSIGNED
RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY
CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744.
IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY
TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE,
DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT.
IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL be
CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT
MAY BE ISSUED FOR YOUR ARREST.

ISP REGISTRY REQD:   SRG          04/09/2007    99/97/9999

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!                                                                         !
! SPECIAL REPORTING INSTRUCTIONS:  _____          !
!                                                                         !
!            _____        !
!                                                                         !
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

_____          __11/26/07__
(FIELD SERVICES REPRESENTATIVE)              (DATE)

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

_____          __1/26/07__
(RELEASEE SIGNATURE)                         (DATE)


CC(3):   RELEASEE (ORIGINAL);   INSTITUTION;   PAROLE OFFICE