# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jesse Webb | 08C3233  08cv3233 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Roger E. Walker, Jr., et al. | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
N. Robinson, Parole Agents Supervisor

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1010 S. Dixie Highway, Chicago Heights, IL 60411

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jesse Webb, A-83215
LOGAN-LGN
R.R. 3, Box 1000
Lincoln, Il 62656

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
Aug 12 2008
AUG 12 2008  RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 07-01-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  Total Process: 2 of 3  District of Origin No. 24  District to Serve No. 24  Signature of Authorized USMS Deputy or Clerk: Td  Date: 07-01-08

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kenneth Ross - Supervisor

Date of Service: 8/4/08   Time: 3:25 pm

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 120.00 | 19.40 | 0 | 139.40 | 0 | 139.40 | 0 |

REMARKS:
- 1 DUSM, 40 miles RT, 2.5 hrs. s/m

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)